# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEVIN JOSEPH ANTHONY

VERSUS

STARR MARINE INSURANCE
COMPANY AND AMERICAN
COMMERCIAL BARGE LINE LLC

NO.  2019 CW 1212

**DEC 2 3 2019**

---

In Re:   Starr Indemnity & Liability Company, ACBL
Transportation Services LLC, and American Commercial
Barge Line LLC, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 672771.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**AHP**
**WIL**

**Higginbotham, J.**, concurs.   The criteria set forth in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.**, 396 So.2d 878 (La. 1981) (per curiam), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT